WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

Electronically Filed on 11-10-09

Attorneys for BAC Home Loans Servicing, L.P.  
fka Countrywide Home Loans Servicing L.P.  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

SALVADOR GRIMALDO RODRIGUEZ

Debtors.

BK-S-09-24682 BAM

Date:   November 12, 2009  
Time:   2:30 p.m.

Chapter 13

### OPPOSITION TO MOTION TO VALUE DEBTOR'S NON-PRINCIPAL RESIDENCE REAL PROPERTY, TO MODIFY THE RIGHTS OF PARTIALLY SECURED AND AND WHOLLY UNSECURED LIENHOLDERS AND OBJECTION TO LIENHOLDERS' PROOF(S) OF CLAIM, IN ANY

COMES NOW, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing L.P. (Hereinafter "Secured Creditor") and files this Opposition stating as follows:

Undersigned counsel apologizes to the Court and Debtor's counsel for filing this late opposition but he only recently received the file and reviewed the same.

Secured Creditor is the first deed of trust holder on 5204 Casco Way, Las Vegas, Nevada, 89107, (hereinafter "subject property"), and is owed over $264,000.00. Prior to the Court reducing the lien to $90,000.00, (resulting in a $174,000.00 loss), the Court should allow Secured Creditor to; 1) obtain its own valuation of the subject property, and 2) conduct limited discovery to verify that the Debtor is being truthful with the Court as detailed below.

1  Secured Creditor asserts that the subject property, 5204 Casco Way, Las Vegas, Nevada 89107,
2  should be treated as the Debtor's personal residence and not subject to a lien-strip of any kind pursuant
3  to 11 USC 1322. It is the only real property that Debtor owns in Clark County according to the
4  Assessor's website and was purchased as his residence in April 2007. (See exhibit "A").
5  The Debtor claims in question 15 of his Statement of Financial Affairs that he has not lived
6  anywhere else but 3370 Rio Grande Street, Las Vegas, Nevada 89115 for the three years immeditely
7  prior to this bankruptcy filing. This case was filed on August 12, 2009, meaning that the Debtor failed
8  to move in to the subject property upon purchase and has resided in the Rio Grande property since
9  August 12, 2006.
10  The Rio Grande Street property is owned by Robert Ortega Mata and Conseulo Mata De Ortega
11  as of October 31, 2005. It is the only real property that these people own in Clark County Nevada
12  according to the Assessor's website. (See exhibit "B").
13  The Debtor did not list a residential lease for his alleged occupancy of the Rio Grande Street
14  property in his Schedule "G" and he did not list a lease he might have with the "unkown" occupants of
15  the subject property. (See exhibit "C"). Secured Creditor would like an opportunity to see a copy of
16  any leases the Debtor has concerning the two properties and speak with the alleged landlord of his
17  current residence.
18  On Schedule "I" the Debtor does not list any rental income from the subject property. If the is
19  not occupying the property, then it can be assumed that he is treating it as a rental property which should
20  be generating rental income. (See exhibit "D").
21  Futhermore, the Debtor lists in it schedule "J" that his "Rent or home mortgage payment" is
22  $1,946.00 per month. This amount is the monthly payment owed this Secured Creditor for the subject
23  property which means the Debtor resides at the Rio Grande property free of charge or did not disclose
24  what the amount of the monthly rent. (See exhibit "E").
25
26

1   Presuming that the Debtor moved out of the subject property prior to his bankruptcy, Secured
2   Creditor asserts that it was not the intent of Congress to allow a debtor to move out of its residence
3   during the life of a plan to circumvent the prohibitions of modifying a debt secured by a residence. See
4   11 USC 1322(c)(2). There are too many unanswered questions in the Debtor's attempt to treat the
5   subject property as a rental and strip a large portion of Secured Creditor's interest in the same.
6   Finally, Secured Creditor disputes the $90,000.00 valuation of the property. If the Court is
7   inclined to allow the Debtor to go forward, Secured Creditor asks for some time to obtain its own
8   appraisal and find out the information listed above.
9   WHEREFORE, Secured Creditor asks that this Court deny the requested relief.
10  DATED this 9th day of November, 2009.

WILDE & ASSOCIATES

By_____
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

<u>Certificate of Facsimile</u>

I certify that on November 10, 2009, I served a copy of the foregoing opposition on Debtors' Counsel by facsimile as follows:

Jorge L. Sanchez, Esq.
Sanchez Law Group, Ltd.
Fax No. 702 537-2900



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 2108
DESTINATION TEL #        5372800
DESTINATION ID
ST. TIME                 11/10 09:49
TIME USE                 02'41
PAGES SENT                  10
RESULT                   OK
```

Gregory L. Wilde **
Kevin S. Soderstrom
Matthew K. Schriever
Ryan E. Wilde *
John W. Lish *

*Licensed in Utah Only
**Licensed in Nevada and Utah
***Licensed in Nevada and California

# WILDE & ASSOCIATES
ATTORNEYS AT LAW

A Partnership of Professional Law Corporations

**NEVADA**
208 South Jones Boulevard
Las Vegas, Nevada 89107
(702) 258-8200 (Fax) 258-8787

**UTAH**
FELT BUILDING
32 Exchange Place, Suite 101
Salt Lake City, Utah 84107
(801) 363-4875
(Fax) 363-4850

## FAX COVER SHEET

DATE: November 10, 2009

TO: Jorge Sanchez, Esq.

FAX NUMBER: (702) 537-2800

FROM: Cathy for Gregory Wilde, Esq.

RE: In Re Salvador Grimaldo Rodriguez
Case No. BK-S-09-24682-BAM

NUMBER OF PAGES: 10 (Including this cover sheet)

MESSAGE:

Please see attached Opposition to Motion to Value et. al. If you have questions, please call our office at (702) 258-8200.



## M.W. Schofield, Assessor

### PARCEL OWNERSHIP HISTORY

**ASSESSOR DESCRIPTION**
MEADOW VISTA UNIT #3 LEWIS HOMES PLAT BOOK 21 PAGE 48 LOT 147 BLOCK D
SEC 25 TWP 20 RNG 60

| CURRENT PARCEL NO. | CURRENT OWNER | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| 138-25-814-012 | GRIMALDO-RODRIGUEZ SALVADOR | 20070425:04354 | 04/25/2007 | NO STATUS | 200 | .16 AC |

| PARCEL NO. | PRIOR OWNER(S) | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| 138-25-814-012 | DINKLER CHARLES E | 1947:1906115 | 06/28/1984 | NO STATUS | 200 | SUBDIVIDED LOT |
| 010-072-032 | HOLLENBECK DARLENE | 1899:1858407 | 04/04/1984 | NO STATUS | 200 | SUBDIVIDED LOT |
| 010-072-032 | CUMMING RICHARD A & DIANA L | 1254:1213710 | 07/18/1980 | JOINT TENANCY | 200 | SUBDIVIDED LOT |
| 010-072-032 | LEWIS HOMES NV | 0852:0811677 | 02/28/1978 | | 200 | SUBDIVIDED LOT |
| 010-070-002 | LEWIS HOMES OF NV | 0690:0649607 | 12/21/1976 | | 200 | 24.22 AC |
| 010-070-002 | LEWIS HOMES OF NV | 0690:0649607 | 12/21/1976 | | 200 | 33.22 AC |
| 010-070-002 | KORB LUCILE P | 0419:0337601 | 02/04/1963 | | 200 | 33.22 AC |
| 010-070-002 | KORB LUCILE P | 0419:0337601 | 02/04/1963 | | 200 | 34.76 AC |
| 010-070-002 | KORB LUCILE P | 0419:0337601 | 02/04/1963 | | 200 | 38.40 AC |

Note: Only documents from September 15, 1999 through present are available for viewing.

**NOTE:** THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.



Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

702-455-3882 (INFORMATION)





EXHIBIT # ___    A-1



# M.W. Schofield, Assessor

### PARCEL NUMBER INQUIRY - SEARCH BY OWNER'S NAME

| OWNER NAME | OWNER NAME 2 | TAX DISTRICT | PARCEL NUMBER |
|---|---|---|---|
| GRIMALDO-RODRIGUEZ SALVADOR | | DST-200 | #138-25-814-012 |
| 1 | | | |



Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

702-455-3882 (INFORMATION)





EXHIBIT # ___ A_2



# M.W. Schofield, Assessor

## PARCEL NUMBER INQUIRY - SEARCH BY OWNER'S NAME

| OWNER NAME | OWNER NAME 2 | TAX DISTRICT | PARCEL NUMBER |
|---|---|---|---|
| MATA ROBERTO ORTEGO | DEORTEGA CONSUELO MATA | DST-340 | #140-07-410-012 |

1



Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

702-455-3882 (INFORMATION)



EXHIBIT # ___ B

B6G (Official Form 6G) (12/07)

In re    **Salvador Grimaldo Rodriguez**    Case No. _____
_____,
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

EXHIBIT C

 0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Salvador Grimaldo Rodriguez** _____ Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Laborer | |
| Name of Employer | Loan Consulting Group | |
| How long employed | 7 years | |
| Address of Employer | 2913 Grant Avenue Ogden, UT 84401 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,426.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 6,426.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,826.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,826.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,600.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,600.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,600.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

EXHIBIT # — D

B6J (Official Form 6J) (12/07)

In re   **Salvador Grimaldo Rodriguez** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,946.00 |
| a. Are real estate taxes included?    Yes ___   No _X_ | | |
| b. Is property insurance included?    Yes ___   No _X_ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 125.00 |
| c. Telephone | $ | 110.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 105.00 |
| 8. Transportation (not including car payments) | $ | 105.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 54.00 |
| d. Auto | $ | 85.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 489.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 600.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,469.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,600.00 |
| b. Average monthly expenses from Line 18 above | $ | 4,469.00 |
| c. Monthly net income (a. minus b.) | $ | 131.00 |

EXHIBIT E