

**Entered on Docket
February 12, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 100
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) BK-09-24682-BAM |
| | ) CHAPTER 13 |
| SALVADOR GRIMALDO RODRIGUEZ | ) |
| Debtor(s) | ) **ORDER OF DISMISSAL OF** |
| | ) **DEBTOR'S CHAPTER 13 BANKRUPTCY CASE** |
| | ) |
| | ) DATE: n/a |
| | ) TIME: n/a/ |
| | ) ESTIMATED TIME FOR HEARING: n/a |

    Debtor, Salvador Grimaldo Rodriguez, having elected to voluntarily dismiss his Chapter 13 Bankruptcy Case pursuant to 11 USC § 1307(b),

    IT IS HEREBY ORDERED THAT Debtor's Chapter 13 Case is DISMISSED.

    DATED:  February 11, 2010

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted:

<u>/s/Jorge L. Sanchez, Esq. /s/</u>
Jorge L. Sanchez, Esq.
Attorney for Debtor